408541
**Law Firm Ref#: 102367.1**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

CLEAN ENERGY CHOICE COALITION, NFP            Case No.: **1:25-cv-04353**

    **Plaintiff(s),**
    VS

VILLAGE OF OAK PARK, ILLINOIS

    **Defendant(s).**

## AFFIDAVIT OF SPECIAL PROCESS SERVER

**Richard Tate** being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party to this action. I am a registered employee of It's Your Serve, Inc., Illinois Department of Financial and Professional Regulation number 117.000885.

INDIVIDUAL/ENTITY TO BE SERVED: **VILLAGE OF OAK PARK**

I, Non-Served the within named **INDIVIDUAL/ENTITY on 4/23/2025 at 1:02 PM**

TYPE OF PROCESS: **Summons in a Civil Case; Complaint for Declaratory and Injunctive Relief**

ADDRESS WHERE ATTEMPTED: **123 Madison St, Oak Park, IL 60302-4205**

NON-SERVICE for reason that after diligent investigation found:

| Date/Time | Remarks |
|---|---|
| 4/23/2025 at 1:02 PM | This is a business address for Oak Park Village Hall. I spoke to the receptionist (Name Withheld) who stated everyone was on lunch. Therefore, I was unable to contact the entity and effectuate service. |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.



Richard Tate, Process Server
Dated: 04/29/2025



It's Your Serve, Inc.
134 N. LaSalle Street, #1410
Chicago, IL 60602
(312) 855-0303

408541