# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Clean Energy Choice Coalition, NFP
                              Plaintiff,

v.                                    Case No.: 1:25−cv−04353
                                      Honorable Franklin U. Valderrama

Village of Oak Park, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 15, 2025:

    MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated therein, the Court grants Defendant's motion for extension of time [12]. Defendant must answer or otherwise respond to the complaint by July 1, 2025. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.