UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CLEAN ENERGY CHOICE COALITION, NFP )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VILLAGE OF OAK PARK, ILLINOIS, )<br>)<br>Defendant. ) | Case No. 1:25-cv-04353<br>Hon. Franklin U. Valderrama |

## JOINT INITIAL STATUS REPORT UNDER RULE 26(f)

The Parties have conferred as required by Rule 26(f), and jointly submit the following discovery plan. *See* Fed. R. Civ. P. 26(f)(2); Fed. R. Civ. P. 26(f)(3); Fed. R. Civ. P. 16(b). The Parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

I. **Nature of the Case**

    A. **Attorneys of Record**

    **Counsel for Plaintiff:**

Christine E. Skoczylas (Lead Trial Attorney)
Alexander J. Bandza
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 537-1313
christine.skoczylas@btlaw.com
abandza@btlaw.com

Kian James Hudson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 229-3111
kian.hudson@btlaw.com

1

**Counsel for Defendant:**

Gavin Michael Kearney (Lead Trial Attorney)
EARTHJUSTICE
311 South Wacker Drive, Suite 1400
Chicago, IL 60606
(773) 828-0816
gkearney@earthjustice.org

Tony Salvatore Fioretti
VILLAGE OF OAK PARK
Law Department
123 Madison Street
Oak Park, IL 60302
(708) 358-5666
tony.fioretti@oak-park.us

Gregory T. Smith
ELROD FRIEDMAN LLP
350 North Clark Street
Second Floor
Chicago, IL 60654
(312) 528-5201
Gregory.Smith@ElrodFriedman.com

B. **Basis for Jurisdiction**

This Court has federal question jurisdiction over this action pursuant to 28 U.S.C. § 1331.

C. **Overview of the Case**

In June 2023, Oak Park enacted an ordinance that, among other things, requires most "new" buildings to have energy sources that are not "fossil fuels," effectively banning the use of natural gas for new construction. Plaintiff asserts that the ordinance is invalid and unenforceable because the federal Energy Policy and Conservation Act ("EPCA"), 42 U.S.C. §§ 6201 *et seq.*, expressly preempts Oak Park's ban on the use of natural gas for covered products. Plaintiff therefore seeks to enjoin the ordinance, with limited exceptions. Defendant denies that EPCA's preemption clause applies to ordinances restricting the use of gas or other fuels, and therefore denies that its ordinance is invalid and unenforceable and denies that Plaintiff is entitled to any relief.

    **D. Claims Asserted in Complaint**

Plaintiff brings a cause of action for declaratory and injunctive relief against the Village of Oak Park. Defendant has not pled any affirmative defenses and has not filed a counterclaim.

    **E. Principal Factual Issues**

The Parties agree that no factual issues prevent the resolution of the legal question in this case.

    **F. Principal Legal Issues**

The principal legal issue is whether the challenged portions of the ordinance are expressly pre-empted by EPCA.

    **G. Relief Sought by Plaintiff**

Plaintiff seeks a declaration that the ordinance is preempted by 42 U.S.C. § 6297(c) and the entry of a permanent injunction enjoining Defendant from enforcing the ordinance.

    **H. Service on Defendant**

Defendant has been served.

**II. Discovery**

    **A. Discovery Schedule**

The Parties agree that this case presents a purely legal question which can be resolved without fact or expert discovery. The Parties therefore propose the following dispositive motion briefing schedule:

- **August 27, 2025**: Deadline for Plaintiff's Motion for Summary Judgment
- **September 24, 2025**: Deadline for Defendant's Opposition and Cross-Motion for Summary Judgment
- **October 22, 2025**: Deadline for Plaintiff's Reply in Support its Motion for Summary Judgment and Opposition to Defendant's Cross-Motion for Summary Judgment
- **November 19, 2025**: Deadline for Defendant's Reply in Support of its Cross-Motion for Summary Judgment

    B.    **Depositions**

The parties do not anticipate taking any depositions in this matter.

    C.    **Special Discovery Issues**

The Parties do not anticipate any special discovery issues.

    D.    **Discovery Plan**

The Parties discussed a discovery plan, and no plan is necessary because the legal question presented in this case can be resolved without fact or expert discovery.

**III.    Trial**

    A.    **Jury Trial**

Neither Party has demanded a jury trial.

    B.    **Estimate of Trial Length**

The Parties anticipate that the Court's ruling on the Parties' respective summary judgment motions will resolve the case and that judgment will be entered without the need for a trial.

**IV.    Settlement, Referrals, and Consent**

    A.    **Settlement Discussions**

The Parties have not engaged in settlement discussions.

    B.    **Settlement Conference**

The Parties do not request a settlement conference at this time.

    C.    **Magistrate Judge**

The Parties do not unanimously consent to this case proceeding before the assigned Magistrate Judge for all purposes.

**V.    Other**

The Parties have no other issues to raise to the Court at this time.

Dated: July 7, 2025

Respectfully submitted,

| | |
|---|---|
| **CLEAN ENERGY CHOICE COALITION, NFP** | **VILLAGE OF OAK PARK, ILLINOIS** |
| By: /s/ *Christine E. Skoczylas* | By: /s/ *Gavin Michael Kearney* |
| Christine E. Skoczylas (#6293811)<br>Alexander J. Bandza (#6312301)<br>BARNES & THORNBURG LLP<br>One North Wacker Drive, Suite 4400<br>Chicago, IL 60606<br>(312) 537-1313<br>christine.skoczylas@btlaw.com<br>abandza@btlaw.com<br><br>Kian James Hudson<br>BARNES & THORNBURG LLP<br>11 South Meridian Street<br>Indianapolis, IN 46204<br>(317) 229-3111<br>kian.hudson@btlaw.com<br><br>*Attorneys for Plaintiff* | Gavin Michael Kearney<br>EARTHJUSTICE<br>311 South Wacker Drive, Suite 1400<br>Chicago, IL 60606<br>(773) 828-0816<br>gkearney@earthjustice.org<br><br>Gregory T. Smith<br>ELROD FRIEDMAN LLP<br>350 North Clark Street<br>Second Floor<br>Chicago, IL 60654<br>(312) 528-5201<br>Gregory.Smith@ElrodFriedman.com<br><br>Tony Salvatore Fioretti<br>VILLAGE OF OAK PARK<br>Law Department<br>123 Madison Street<br>Oak Park, IL 60302<br>(708) 358-5666<br>tony.fioretti@oak-park.us<br><br>*Attorneys for Defendant* |