# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CLEAN ENERGY CHOICE COALITION, NFP ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> VILLAGE OF OAK PARK, ILLINOIS, ) <br> ) <br> Defendant. ) | Case No. 1:25-cv-04353 <br> Hon. Franklin U. Valderrama |

## DECLARATION OF LISSA DRUSS IN SUPPORT OF
## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

I, Lissa Druss, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that I have personal knowledge of the following facts, which are true and correct:

1. I am over eighteen years of age and make this declaration based on information personally known to me.

2. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently to them.

3. I submit this Declaration in support of Plaintiff Clean Energy Choice Coalition, NFP's Motion for Summary Judgment.

4. I am a spokesperson for the Clean Energy Choice Coalition, NFP.

5. Plaintiff Clean Energy Choice Coalition is an Illinois non-profit organization seeking to guarantee that energy consumers in the Chicagoland area and, more broadly, the state of Illinois have access to a wide range of established and cutting-edge technologies and energy alternatives—including natural gas.

6. The Coalition has numerous members, including International Union of Operating Engineers Local 150, AFL-CIO, National Association of Homebuilders, and NPL Construction

1

Co.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed on this 26th day of August, 2025, in Elmwood Park, IL.

_____

Lissa Druss