**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Clean Energy Choice Coalition, NFP
                              Plaintiff,

v.                                     Case No.: 1:25−cv−04353
                                                     Honorable Franklin U. Valderrama

Village of Oak Park, Illinois
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 6, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: Currently pending before the Court are the parties' cross−motions for summary judgment [27] [34]. The Court sets these motions for an in−person oral argument for Thursday, March 12 at 9:30 am. The hearing will take place in Judge Valderrama's Courtroom 1941. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.