**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| CLEAN ENERGY CHOICE COALITION, NFP | ) ) ) ) | |
| *Plaintiff,* | ) ) | Case No: 1:25-cv-04353 |
| v. | ) ) | |
| VILLAGE OF OAK PARK, ILLINOIS | ) ) ) | |
| *Defendant.* | ) ) ) | |

**JOINT MOTION TO CONTINUE ORAL ARGUMENT**

Plaintiff, Clean Energy Choice Coalition, NFP, and Defendant ,Village of Oak Park, Illinois, jointly move for brief adjournment of the oral argument presently scheduled to be held in person at 9:30 a.m. on March 12, 2026, regarding the parties' motions for summary judgment [ECF Nos. 27 and 34].

1.      Counsel have conferred regarding their schedules and conflicts and respectfully request adjournment of oral argument to a date on or after March 26, 2026, at a time that is convenient for the court.

2.      For Plaintiff, local counsel, Christine E. Skoczylas, will be traveling, and Kian Hudson will be overseas on the argument date. For Defendant, local counsel, Gavin Kearney, will be in New York, and Thomas Cmar will be traveling leading up to the argument date.

3.      The parties submit that this adjournment will accommodate the parties' mutual scheduling conflicts and logistical concerns, while also providing additional time to prepare

arguments that will better aid in the Court's consideration of this matter. Parties further submit that this brief adjournment will not impact the timely disposition of this matter.

WHEREFORE, the parties respectfully request the Court grant this joint motion, continuing the March 12, 2026 oral argument scheduled for this matter to a date on or after March 26, 2026, at a time that is convenient for the court.

Dated: March 9, 2026

Respectfully submitted,

**VILLAGE OF OAK PARK, ILLINOIS**

**CLEAN ENERGY CHOICE COALITION, NFP**

/s/ *Gavin M. Kearney*
Gavin M. Kearney
EARTHJUSTICE
311 South Wacker Drive, Suite 1400
Chicago, IL 60606
(773) 828-0816
gkearney@earthjustice.org
ARDC # 6328270

By: /s/ *Christine E. Skoczylas*

Christine E. Skoczylas (#6293811)
Alexander J. Bandza (#6312301)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 537-1313
christine.skoczylas@btlaw.com
abandza@btlaw.com

/s/ *Thomas Joseph Cmar*
Thomas Joseph Cmar
EARTHJUSTICE
311 S. Wacker Dr., Ste. 1400
Chicago, IL 60606
(312) 257-9338
tcmar@earthjustice.org
ARDC # 6298307

Kian James Hudson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 229-3111
kian.hudson@btlaw.com

/s/ *Dror Ladin*
Dror Ladin (*pro hac vice*)
EARTHJUSTICE
48 Wall St 15th Floor
New York, NY 10005
(212) 845-7376
dladin@earthjustice.org

*Attorneys for Plaintiff*

/s/ *Timothy R. Oberleiton*
Timothy R. Oberleiton (*pro hac vice*)
EARTHJUSTICE
1001 G Street NW, Suite 1000
Washington, D.C. 20001

(202) 667-4500
toberleiton@earthjustice.org

*/s/ Linnet Rose Davis-Stermitz*
Linnet Rose Davis-Stermitz (*pro hac vice*)
EARTHJUSTICE
810 3rd Ave #610
Seattle, WA 98103
(206) 343-7340
ldavisstermitz@earthjustice.org

*/s/ Gregory T. Smith*
Gregory T. Smith
ELROD FRIEDMAN LLP
350 N. Clark Street, Second Floor
Chicago, Illinois 60654
(312) 528-5201
gregory.smith@elrodfriedman.com
ARDC # 6297652

/s/ *Tony Fioretti*
Tony Fioretti, Assistant Village Attorney
VILLAGE OF OAK PARK
123 Madison Street
Oak Park, IL 60302
(708) 358-5666
tony.fioretti@oak-park.us
ARDC # 6308997

*Counsel for Defendant*
*Village of Oak Park, Illinois*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 9, 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Christine E. Skoczylas*