**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Clean Energy Choice Coalition, NFP

                              Plaintiff,

v.                                                    Case No.: 1:25–cv–04353
                                                      Honorable Franklin U. Valderrama

Village of Oak Park, Illinois

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 11, 2026:

        MINUTE entry before the Honorable Franklin U. Valderrama: The Court is in receipt of the parties' joint motion to continue the oral argument scheduled for 3/12/2026 [51]. The Court grants the parties' motion [51] and continues the hearing. The Court will follow up to set a date for the oral argument. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.