# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Clean Energy Choice Coalition, NFP

Plaintiff,

v.                                                    Case No.: 1:25–cv–04353
                                                      Honorable Franklin U. Valderrama

Village of Oak Park, Illinois

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 14, 2026:

     MINUTE entry before the Honorable Franklin U. Valderrama: In–person hearing held on 4/14/2026 regarding the parties' cross–motions for summary judgment [27][34]. Both Plaintiff and Defendant appeared in court and presented arguments and rebuttal on their motions. The parties' cross–motions for summary judgment remain under advisement. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.