## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Clean Energy Choice Coalition, NFP

                Plaintiff,

v.

Village of Oak Park, Illinois

                Defendant.

Case No.: 1:25–cv–04353
Honorable Franklin U. Valderrama

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 9, 2026:

      MINUTE entry before the Honorable Franklin U. Valderrama: For the reasons stated in the motion, Defendant's motion for leave to file supplemental authority [58] is granted. Plaintiff may file a response to the motion for supplemental authority, limited to 4 pages, by 7/17/2026. Mailed notice. (jcm)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.