**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CLEAN ENERGY CHOICE COALITION, NFP | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:25-cv-04353 |
| v. | ) | Hon. Franklin U. Valderrama |
| | ) | |
| VILLAGE OF OAK PARK, ILLINOIS, | ) | |
| | ) | |
| Defendant. | ) | |

**DOCKETING STATEMENT**

Plaintiff-Appellant Clean Energy Choice Coalition, NFP ("the Coalition") submits the following Docketing Statement pursuant to Seventh Circuit Rules 3(c)(1) and 28(a):

1. The district court had original jurisdiction over this case pursuant to 28 U.S.C. § 1331. This case arises under the Constitution and laws of the United States because the Coalition's complaint alleges that the Defendant Village of Oak Park ("Oak Park") ordinance banning natural-gas appliances in new buildings is preempted by the provisions of the Energy Policy and Conservation Act of 1975 (EPCA) expressly preempting state and local regulations "concerning the energy efficiency [or] energy use" of certain products. 42 U.S.C. §§ 6297(c), 6316(b).
2. The Coalition is a nonprofit corporation incorporated in Illinois with its principal and only place of business in Illinois. Oak Park is a political subdivision of Illinois.
3. Appellate jurisdiction exists under 28 U.S.C. 1291 because this is an appeal of an Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Cross-Motion for Summary Judgment, ECF 64, entered on July 30, 2026, and the district

court's Entry of Final Judgment, ECF 65, that incorporated that ruling and which was entered on July 30, 2026.

**4.** No motion has been filed that tolls the time within which to file an appeal.

**5.** On August 19, 2026, the Coalition filed a notice of appeal in the district court. ECF 66.

**6.** This is not an appeal from a decision of a magistrate judge.

**7.** There are no prior or related proceedings in the district court or the Seventh Circuit, but there are cases outside the Seventh Circuit raising the same preemption issue, including:

   a. *Cal. Restaurant Ass'n v. City of Berkeley*, 21-16278 (9th Cir.), decided January 2, 2024 (89 F.4th 1094 (9th Cir. 2024))

   b. *Ass'n of Contracting Plumbers of the City of New York, Inc. v. City of New York*, 25-977 (2d Cir.), decided June 30, 2026 (180 F.4th 434 (2d Cir. 2026))

   c. *Nat'l Ass'n. of Home Builders v. Montgomery County*, No. 26-1449 (4th Cir.)

   d. *Md. Bldg. Indus. Ass'n, Inc. v. McIlwain*, No. 26-1552 (4th Cir.)

   e. *Nat'l Ass'n of Home Builders v. District of Columbia*, No. 26-7050 (D.C. Cir.)

**8.** No party to the litigation is an individual suing or being sued in their official capacity.

Dated: August 19, 2026

Respectfully submitted,

**CLEAN ENERGY CHOICE COALITION, NFP**

By: /s/ *Christine E. Skoczylas*

Christine E. Skoczylas (#6293811)
Alexander J. Bandza (#6312301)
BARNES & THORNBURG LLP
One North Wacker Drive, Suite 4400
Chicago, IL 60606
(312) 537-1313
christine.skoczylas@btlaw.com
abandza@btlaw.com

Kian James Hudson
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
(317) 229-3111
kian.hudson@btlaw.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 19, 2026, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Christine E. Skoczylas*